# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MULTICARE HEALTH SYSTEM,<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br>WASHINGTON STATE NURSES ASSOCIATION,<br><br>　　　　　　　　　　Defendant. | Case No. 3:16-cv-05053-BHS<br><br>**ORDER CONFIRMING ARBITRATION AWARD** |

This matter comes before the Court on Defendant Washington State Nurses Association ("WSNA") unopposed motion to confirm the arbitration award. Dkt. No. 65. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby rules as follows:

It is hereby **ORDERED** that WSNA's motion to confirm the arbitration award is **GRANTED**. The Court hereby **CONFIRMS** and **ENFORCES** the Arbitration Award issued by Arbitrator Douglas P. Hammond on April 12, 2016.

Dated this 3rd day of December, 2018.

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　United States District Judge